UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81065-CIV-MARRA/JOHNSON

RICHARD KING,

    Plaintiff,
vs.

ACA SECURITY AND AUTOMATION, INC.,
and ANDREW C. ATKINS, III

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

This Cause is before the Court upon the Mediation/ADR report, filed August 30, 2010 (DE 38).  The Court held a telephonic hearing on the Report on September 8, 2010.  The Court has reviewed the terms of the parties' settlement agreement in order to "scrutiniz[e] the settlement for fairness," in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).  The Court has determined that the agreement is "a fair and reasonable resolution of a bona fide dispute over FLSA provisions."  *Id*. at 1355. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** as follows:

1.    The above-styled action is hereby **DISMISSED WITH PREJUDICE.**.

2.    Any pending motions are **DENIED AS MOOT.**

3.    The Clerk shall **CLOSE THIS CASE.**

4.       The Court reserves jurisdiction to enforce the parties' settlement agreement in this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 8th day of September, 2010.

_____
KENNETH A.  MARRA
United States District Judge

copies to:
all counsel of record

Andrew C. Atkins, III
ACA Security and Automation, Inc.
8823 South Kendale Circle
Lake Worth, FL 33467